# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:15CV362 |
| vs. | ORDER FOR PROGRESSION OF FORFEITURE CASE |
| **$97,040.00 IN UNITED STATES CURRENCY,** | |
| Defendant, | |
| **NATHAN PECOR,**<br>**JONATHAN PERDUE, and**<br>**ROBERT TATRO,** | |
| Claimants. | |

This matter is before the court on the plaintiff's unopposed Motion to Alter Deadlines (Filing No. 24). The court held a telephone conference with counsel for the parties on July 29, 2016. Douglas J. Amen represented the plaintiff and Carlos A. Monzon represented the claimants. For good cause shown,

**IT IS ORDERED:**

1. The plaintiff's unopposed Motion to Alter Deadlines (Filing No. 24) is granted as follows.

2. **Discovery.** All discovery, whether or not intended to be used at trial, shall be completed by **October 31, 2016**.

3. **Pretrial Disclosures.**[2] Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

   a. **Witnesses - On or before October 3, 2016**: The name, address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

---

[2] In accordance with the E-Government Act, counsel shall, on witness lists, exhibits, and other disclosures and/or documents filed with the court, redact social security numbers, home addresses, phone numbers, and other personally identifying information of witnesses, but shall serve an unredacted version on opposing parties. *See* NECivR 5.3.

    **b.**   **Trial Exhibits - On or before November 1, 2016:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

  4.   **Motions** *in Limine***.** Any motions *in limine* shall be filed on or before **November 8, 2016**.

  5.   **The Final Pretrial Conference** with the assigned magistrate judge is set for **November 15, 2016, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.[3] By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin immediately thereafter. The pretrial conference will include a **discussion of settlement**, and counsel shall be prepared through investigation, discovery and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement, offers made, and offers which can be made at the conference. <u>Counsel shall be prepared to make additional offers or proposals for settlement in behalf of their clients at the pretrial conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences</u>.

  6.   **Trial** is set to commence, at the court's call, during the week of **December 5, 2016**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury for two to three days. Unless otherwise ordered, jury selection shall be at the commencement of trial.

  Dated this 1st day of August, 2016.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge

---

[3] All personal information should be redacted from the public version of the order and/or attachments filed with the clerk. **See** NECivR 5.3.