IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$97,040.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:15CV362<br><br>**AMENDED ORDER FOR PROGRESSION OF FORFEITURE CASE** |

The following deadlines hereby govern the final progression of this case:

1. Trial exhibits: On or before **September 15, 2017**, each party shall give opposing counsel a list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2. Any motions in limine shall be filed on or before **October 1, 2017**.

3. The Final Pretrial Conference with the undersigned magistrate judge is set for **October 6, 2017, at 10:00 a.m**., before Magistrate Judge Susan M. Bazis, in chambers in Courtroom No. 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The Final Pretrial Conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the Conference all items as directed in NECivR 16.2. By the time of the Conference, full preparation for trial shall have been made so that trial may begin immediately thereafter. The Conference will include a discussion of settlement, and counsel shall be prepared through investigation, discovery, and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement, offers made, and offers which can be made at the Conference. Counsel shall be prepared to make additional offers or proposals for

settlement on behalf of their clients at the Conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences.

4. Trial is set to commence on **October 23, 2017, at 10:00 a.m**., in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury for two to three days. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge