# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:15CV362** |
| vs. | |
| $97,040.00 IN UNITED STATES CURRENCY, | **FIFTH AMENDED ORDER FOR PROGRESSION OF FORFEITURE CASE** |
| Defendant. | |

This matter is before the Court on the Consent Motion to Continue Pretrial Conference and Trial Date. (Filing No. 60.) This motion is granted.

Accordingly, the following deadlines hereby govern the final progression of this case:

1.      Trial exhibits:  On or before **January 22, 2018**, each party shall give opposing counsel a list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2.      Any motions in limine shall be filed on or before **February 5, 2018**.

3.      The Final Pretrial Conference is set for **February 12, 2018, at 3:00 p.m.**, before Magistrate Judge Susan M. Bazis, in chambers in Courtroom No. 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The Final Pretrial Conference shall be attended by lead counsel for represented parties.  Counsel shall complete prior to the Conference all items as directed in NECivR 16.2.  By the time of the Conference, full preparation for trial shall have been made so that trial may begin immediately thereafter.  The Conference will include a discussion of settlement, and counsel shall be prepared through investigation, discovery, and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement,

offers made, and offers which can be made at the Conference. Counsel shall be prepared to make additional offers or proposals for settlement on behalf of their clients at the Conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences.

4.      Trial is set to commence on **March 12, 2018, at 8:30 a.m**., in Omaha, Nebraska, before Senior United States District Court Judge Joseph F. Bataillon and a jury for two to three days. Unless otherwise ordered, jury selection will be at the commencement of trial.

**IT IS SO ORDERED.**

Dated this 26th day of December, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge