IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CV362 |
| vs. | |
| $97,040.00 IN UNITED STATES CURRENCY, | **ORDER** |
| Defendant, and | |
| NATHAN PECOR, JONATHAN A. PERDUE and ROBERT TATRO, | |
| Claimants. | |

IT IS ORDERED:

1) The parties' Settlement Stipulation pertaining to resolution of this case (Filing No. 73) is approved.

2) By Order dated October 6, 2015 (Filing No. 6), the United States published notice of its intent to dispose of the Defendant property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on November 9, 2015 (Filing No. 11). The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Nathan Pecor, Jonathan A. Perdue and Robert Tatro; after reviewing the record, the Court finds that is true.

3) Seventy-two thousand seven hundred eighty dollars of the Defendant property shall be returned to the Claimants, Nathan Pecor, Jonathan A. Perdue and Robert Tatro. Payment will be tendered to the trust account of the Claimants' attorney, Carlos Monzon.

4) The remaining Defendant property, *viz.*, $24,260.00, shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed. The U. S. Marshals

Service shall dispose of said $24,260.00 in accordance with the law.

5) Plaintiff and Claimants shall pay their own costs and attorney's fees associated with this lawsuit.

6) On or before March 31, 2018, Claimants' counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

Dated this 16th day of March, 2018.

**BY THE COURT:**

    s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON,**
**Senior United States District Judge**