IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$97,040.00 IN UNITED STATES CURRENCY,<br><br>    Defendant, and<br><br>NATHAN PECOR, JONATHAN A. PERDUE and ROBERT TATRO,<br><br>    Claimants. | 8:15CV362<br><br>ORDER |

This matter is before the court on the parties' joint stipulation for dismissal, Filing No. 76. The court finds that this matter should be dismissed.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendant/claimants is hereby dismissed in its entirety, and with the parties to be responsible for their own costs and attorney fees.

Dated this 21st day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge